IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **J.H.**, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-3520 |
| **CITY OF PHILADELPHIA et al.**, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 27th day of November, 2017, upon consideration of Plaintiff's Motion to Remand (Doc. No. 6), the Response of Defendants City of Philadelphia, Charles Ramsey, and Richard Ross (Doc. No. 8), and Plaintiff's Reply (Doc. No. 10), **it is HEREBY ORDERED** as follows:

1. The Motion to Remand (Doc. No. 6) is **DENIED**.

2. The Clerk of Court is instructed to remove this case from stayed status.

3. Plaintiff shall respond to the Motion to Dismiss of Defendants Ramsey and Ross (Doc. No. 4) no later than December 12, 2017.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE