IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.H., | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-3520 |
| CITY OF PHILADELPHIA et al., | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 12th day of January, 2018, upon consideration of Defendant Thomas O'Neill's Motion to Remand (Doc. No. 22), the Response of Defendants City of Philadelphia, Charles Ramsey, and Richard Ross (Doc. No. 24), and Plaintiff's Response in Support (Doc. No. 25), **it is HEREBY ORDERED** as follows:

1. The Motion to Remand (Doc. No. 22) is **GRANTED**.

2. Defendants' Motion to Dismiss (Doc. No. 4) is deemed **MOOT**.

3. This action is **REMANDED** to the Court of Common Pleas of Philadelphia County for all further proceedings; and

4. **The Clerk of Court shall MARK THIS CASE CLOSED for all purposes, including statistics**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE